**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1028

CORA M. HILL,

Plaintiff - Appellant,

v.

JAMES C. HAWKS, Circuit Judge, Circuit Court of the City of Portsmouth; GEORGE T. ALBISTON, ESQ.; WILLIAM F. DEVINE, ESQ.; SUPREME COURT OF VIRGINIA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Mark S. Davis, District Judge. (2:12-cv-00364-MSD-DEM)

Submitted: March 26, 2013                    Decided: March 29, 2013

Before DUNCAN, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cora M. Hill, Appellant Pro Se. Nicholas Foris Simopoulos, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; James Arthur Cales, III, Alan Brody Rashkind, FURNISS, DAVIS, RASHKIND & SAUNDERS, Norfolk, Virginia; William Delaney Bayliss, Joseph Earl Blackburn, III, WILLIAMS MULLEN, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cora M. Hill appeals the district court's orders dismissing her civil action for failure to establish a proper basis for jurisdiction over any of the named Defendants and denying reconsideration of those orders. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Hill's informal brief does not challenge the bases for the district court's dispositions, Hill has forfeited appellate review of the court's orders. Accordingly, although we grant leave to proceed on appeal in forma pauperis, we affirm the district court's judgments. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>